IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **GANNON INTERNATIONAL LTD.**, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**WALTER BLOCKER, et al.** )<br>)<br>Defendants. ) | <br><br><br><br>Case No. 4:10-cv-00835<br><br><br><br>JURY TRIAL DEMANDED |

## ORDER

This matter comes before the Court upon Plaintiffs' Emergency Application for Temporary Restraining Order. Plaintiffs' Motion is **GRANTED**. Defendants Walter Blocker, Ignition Capital, and Sandalwood Investments (including Defendants' agents, servants, employees, attorneys and those persons in active concert or participation with Defendants) are hereby enjoined:

1. From altering the corporate structure or share ownership percentages of Gannon Brewery Joint Stock Company in any way without the express written consent of Gannon International;

2. From interfering with Gannon International's attempt to audit its Vietnam subsidiaries through the firm of PricewaterhouseCoopers;

3. From any transfer of funds belonging to The Gannon Company (Hong Kong) Ltd.; Gannon Vietnam Co., Ltd; The Gannon Brewery Joint Stock Company; or any other Gannon affiliated entity;

4. From incurring any obligations or debts to The Gannon Company (Hong Kong) Ltd.; Gannon Vietnam Co., Ltd; The Gannon Brewery Joint Stock Company; or any other Gannon affiliated entity; and

5. From destroying corporate books and records and other documents that are necessary to put Gannon International's corporate affairs in order.

**SO ORDERED** this 7th day of May, 2010 at the hour of 1:36 pm.

Hon. Jean C. Hamilton
United States District Judge