UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

GANNON INTERNATIONAL LTD ET AL.,   )
                                        )
       Plaintiffs,              )
                                          )
       vs.                      )        Case No. 4:10-cv-835 JCH
                                          )
WALTER BLOCKER, ET AL.,          )
                                          )
       Defendants.         )

## ORDER

Upon review of the Court file, the Court notes that there has been no activity in this action since the filing of the return of proof of service upon defendant **Gannon Brewery Joint Stock Company** on **September 30, 2010**.

**IT IS HEREBY ORDERED** that plaintiffs shall, within fourteen (14) days of the date of this order, file appropriate motions for entry of default and for default judgment, supported by all necessary affidavits and documentation, as well as proposed orders for the Court's consideration.

Failure to comply with this order may result in dismissal without prejudice.

Dated this 25th day of October, 2010.

/s/ Jean C. Hamilton
Honorable Jean C. Hamilton
UNITED STATES DISTRICT JUDGE