IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GANNON INTERNATIONAL LTD., THE GANNON PACIFIC COMPANY, THE GANNON COMPANY (HONG KONG) LIMITED, AND GANNON VIETNAM CO., LTD.<br><br>Plaintiffs,<br><br>v.<br><br>WALTER BLOCKER, IGNITION GROWTH MANAGEMENT LLC (d/b/a/ IGNITION CAPITAL PARTNERS), AND SANDALWOOD INVESTMENTS LIMITED<br><br>Defendants,<br><br>and<br><br>GANNON BREWERY JOINT STOCK COMPANY,<br><br>Nominal Defendant. | Case No. 4:10-cv-00835 |

## [PROPOSED] ORDER

This matter comes before the Court upon Plaintiffs' Consent Motion for Extension of Time for Service of Process. Plaintiffs Motion is GRANTED. The Rule 4(m) 120-day deadline for service of process is extended by 45 days from the date of this Order. Pursuant to Rule 4(d), Plaintiffs will request in writing that Nominal Defendant Gannon Brewery Joint Stock Company formally waive service of process. Gannon Brewery Joint Stock Company will execute the waiver of service and will answer or otherwise respond to the complaint within the time permitted under Rule 4(d). The Court's Order of October 25, 2010, in which the Court directed

Plaintiffs to move for entry of default and default judgment against Gannon Brewery Joint Stock Company within 14 days of that Order, is denied as moot.

SO ORDERED this 5th day of November, 2010.

_____
Hon. Jean C. Hamilton
United States District Judge